1  BENJAMIN B. WAGNER
   United States Attorney
2  ELLIOT C. WONG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) 2:16-PO-00051-KJN
                                     )
12          Plaintiff,               ) STIPULATION AND ORDER TO VACATE
                                     ) STATUS CONFERENCE AND SET CHANGE
13      v.                           ) OF PLEA AND SENTENCING
                                     )
14  TROY SMITH,                      ) DATE:  May 11, 2016
                                     ) TIME:  9:00 a.m.
15          Defendants.              ) JUDGE: Hon. Kendall J. Newman
                                     )
16                                   )
                                     )
17

18       The United States and defendant Troy Smith, by and through their

19  undersigned attorneys, hereby stipulate and request that the status

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1  hearing currently set for April 27, 2016 at 9:00 a.m. be vacated, and

2  that this matter be set for a change of plea and sentencing on May

3  11, 2016, at 9:00 a.m.

4

5  DATED: April 8, 2016                BENJAMIN B. WAGNER
                                       United States Attorney
6
                            By:    _/s/ Elliot C. Wong_____ _
7                                  ELLIOT C. WONG

8                                  Special Assistant U.S. Attorney

9

10 DATED: April 8, 2016

11
                            By:    _/s/ Rick Worrell_____ _
12                                 RICK WORRELL

13                                 Counsel for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

It is hereby ordered that the status hearing currently set for April 27, 2016, at 9:00 a.m. be vacated, and that this matter be set for a change of plea and sentencing on May 11, 2016, at 9:00 a.m.

Dated:  April 8, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3